No. 88–477. MONASTERO ET AL. *v.* NEBRASKA. Appeal from Sup. Ct. Neb. dismissed for want of jurisdiction.

No. 88–478. STERNER ET AL. *v.* JONES ET AL. Appeal from Sup. Ct. Va. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.